## Second Department, March, 1937.
### (March 1, 1937.)

Beatrice Bibeault, Appellant, v. Hefgold Realty Corp., Respondent.— Action by a tenant to recover damages for injuries sustained by her by reason of the failure of the landlord to repair a gas range in the apartment where she resided. Order denying plaintiff's motion to strike out the affirmative defense and granting defendant's cross-motion for judgment on the pleadings dismissing the amended complaint, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

Barbara C. Davis, Respondent, v. Vanwy P. Musil, Appellant.— In an action to rescind a contract for the purchase and sale of real property and to recover the down payment and expenses, in which defendant counterclaimed for specific performance, judgment rescinding the contract and awarding plaintiff the sum of $1,165.75 and dismissing defendant's counterclaim on the merits unanimously affirmed, with costs. Defendant's proposed findings of fact numbered 13 and 14 are reversed because they are without evidence to support them and are inconsistent with the judgment, and defendant's conclusions of law numbered 5 and 6 are reversed because they are not necessary to the decision. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

The Equitable Life Assurance Society of The United States, Respondent, v. Fanny Ehrlich, Appellant, and Others, Defendants.— Order denying motion to set aside service of summons and complaint reversed on the law and the facts, without costs, and the matter remitted to the Special Term to take proof as to whether or not the appellant, Fanny Ehrlich, was in fact personally served with the summons and complaint in this action. If she was not so served by the process server who made the affidavit, the fact that the summons and complaint subsequently, and on the same day, came into her possession is immaterial. (See *Wiener* v. *Ravekes*, 241 App. Div. 774, and cases therein cited.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

Louis Graff and Dina Lungen, Appellants, v. Patrick McGovern, Inc., Respondent.— In an action for damages for injuries to a building, alleged to have been caused by negligent blasting operations, judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.